UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN CHARLES PIERRE
CONSTANT, III,

      Plaintiff,

v.                                    Case No. 5:20-cv-85-TKW-MJF

JEFFREY BROWN, *et al.*,

      Defendants.
_____/

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 13) and Plaintiff's objections (Doc. 14). Based on my de novo review of the issues raised in the objections, I agree with the magistrate judge's determination that Plaintiff's third amended complaint fails to state a plausible claim for relief based on Defendants' cuffing and carrying him on October 21, 2019, and that the Court does not have the authority to impose the injunctive relief Plaintiff seeks. Accordingly, it is

    **ORDERED** that:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.     Plaintiff's § 1983 claims against Defendants Brown, Taylor, Baine and Land for handcuffing and carrying Plaintiff to confinement on October

21, 2019, are **DISMISSED** under 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted.

3. Plaintiff's claim for injunctive relief in the form of terminating Defendants' employment is **DISMISSED** because the District Court lacks the authority to grant such relief.

4. This case is remanded to the magistrate judge for further proceedings on Plaintiff's Eighth Amendment excessive force claim based on a Defendant (Brown or Land) allegedly choking Plaintiff to unconsciousness during transport to confinement on October 21, 2019.

**DONE AND ORDERED** this 5th day of April, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**